Form for Chapter 7 Joint Case

EXHIBIT A TO FORM 2016

Total Funds Paid to CLG:              $1,350.00

The above includes the following     $299.00     BK Court Filing Fee
                                      $50.00      Credit Report
                                      $80.00      Credit Counseling & Debtor
                                                  Education Fee
                                      $21.00      Homestead Deed Filing (Court Cost)
                                      $900.00     Attorneys' Fees